### SARAH J. LEWIS *vs.* JOHN E. HEALY.

Third Judicial District.

Argued January 17th—decided February 12th, 1901.

ACTION to recover compensation for the cartage of brick, brought to the Court of Common Pleas in New Haven County and tried to the jury before *Studley, J.;* verdict and judgment for the plaintiff, and appeal by the defendant for alleged errors in the rulings and charge of the court.  *No error.*

*Charles S. Hamilton*, for the appellant (defendant).

*V. Munger* and *Robert L. Munger*, for the appellee (plaintiff).

BY THE COURT.  No error.  Opinion filed with clerk of the Court of Common Pleas, New Haven County.